UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONRAD LUDWIG, et. al.,

Plaintiffs,

-against-

WISDOMTREE, INC., et. al.,

Defendants.

26-CV-01132 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **August 10, 2026 at 11:00 AM**. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 405 125 872#.**

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**