WIGDOR.

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

Application GRANTED. The status conference originally scheduled for August 10, 2026 is adjourned to **August 27, 2026 at 10:30 AM**. The details for accessing my conference line, including the access code, are the same as they appear in my August 3, 2026 order (ECF 35). The Clerk of Court is respectfully requested to terminate ECF 36.

Dated: August 5, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

August 5, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Ludwig v. WisdomTree; Civil Action No.: 26 Civ. 01132 (VSB) (RFT)

Dear Judge Tarnofsky:

We represent Plaintiffs Konrad Ludwig, Leif Kjos, and Bryan Cancel (together, the "Plaintiffs") in connection with the above-captioned matter. Plaintiffs write to respectfully request that the status conference scheduled for August 10, 2026 at 11:00 a.m. (EST) in the Court's Order of August 3, 2026 (Dkt. No. 35) be rescheduled to a date in late August or another time convenient for the Court after that time due to international travel by Plaintiffs' counsel.

Defendants have no objection to Plaintiffs' request.[1] Counsel for all parties are generally available the week of August 23, 2026, except for August 24 before 11:00 a.m., the entirety of August 25, and August 26 before 10:30 a.m.

Plaintiffs thank the Court for its time and consideration in this matter.

Respectfully submitted,

Lawrence M. Pearson

CC: Jessica Golden Cortes, Esq., et al. (all other defense counsel of record)

[1] Plaintiffs also sent Plaintiff Cancel's certified interrogatory responses to Defendants this morning.